IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-MJ-231-DSC

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>**Statesville, North Carolina addresses: 129 Watercrest Dr., 136 Watercrest Dr., 137 Watercrest Dr., 1714 Lakeview Dr., 1019 9th St., and 429 Van Buren Dr.** | **ORDER** |

**UPON MOTION** of the United States of America, by and through the United States Attorney for the Western District of North Carolina, for an order directing that the Affidavits and Attachments for the above-captioned search warrants in this matter, which were previously sealed by the Court, be unsealed,

**IT IS HEREBY ORDERED** that the referenced documents be UNSEALED.

The Clerk is directed to certify two copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: December 9, 2011

David S. Cayer
United States Magistrate Judge